ISAAC COLTINUK et ux., respondents,

*v.*

LENA HOCKSTEIN et ux., appellants.

[Submitted October term, 1924. Decided January 19th, 1925.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Church, whose opinion is reported in *95 N. J. Eq. 513.*

*Messrs. Dembe & Dembe* and *Mr. Maximilian T. Rosenberg,* for the appellants.

*Mr. Carl T. Olsan* and *Mr. Merritt Lane,* for the respondents.

PER CURIAM.

The bill of complaint in this case was filed to compel specific performance of a contract to convey real estate, located in the city of Bayonne.

Our reading of the record and a consideration of the briefs lead us to the same conclusion as that of the vice-chancellor, viz., a decree for specific performance should be ordered.

The decree of the court of chancery is therefore affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, BLACK, KATZENBACH, LLOYD, CLARK, McGLENNON, JJ. 8.

*For reversal*—PARKER, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, KAYS, JJ. 6.